IDA TESTONE *v.* C. R. GIBSON COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 114 Conn. App. 210 (AC 28918), is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Daniel D. Skuret III,* in support of the petition.

*John P. Clarkson,* in opposition.

Decided June 25, 2009